Date signed July 07, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  09–20385 – PM     Chapter:  13

Maurice L. Word
308 Taurus Drive
Ft. Washington, MD 20744–5024

### MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee, the record herein and in view of the re-opening of this case, the court has determined to take no further action with respect to counsel's fee at this time.

cc:   Debtor(s)
      Attorney for Debtor(s) – Rowena Nicole Nelson
      Chapter 13 Trustee – Timothy P. Branigan
      U.S. Trustee

**11.10 –** *tgeier*